IN THE SUPREME COURT OF THE STATE OF NEVADA

MASON B. HARVEY, AN INDIVIDUAL;
MASON HARVEY AS TRUSTEE OF
THE MASON HARVEY LIVING TRUST;
MASON-BRANDON LIMITED
PARTNERSHIP, A NEVADA LIMITED
PARTNERSHIP; AND MASON B.
HARVEY, CHTD., A NEVADA
CORPORATION,
    Appellants,
vs.
ANTHONY TEGANO, AN INDIVIDUAL;
THE JIMMERSON LAW FIRM, F/K/A
JIMMERSON HANSEN, A
PROFESSIONAL CORPORATION;
SHARON CUSUMANO AS EXECUTOR
OF THE ESTATE OF ANTHONY
TEGANO; AND SHARON CUSUMANO
AS TRUSTE OF THE TEGANO FAMILY
TRUST,
    Respondents.

No. 83000

FILED

JUN 2 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on June 4, 2021 without payment of the requisite filing fee and without the case appeal statement. *See* NRAP 3(e), (f). That same day, this court issued notices directing appellants to file the case appeal statement and to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notices advised that failure to pay the filing fee would result in the dismissal of this appeal and failure to file the case appeal statement could result in sanctions, including dismissal of this appeal. To date, appellants have not paid the filing fee,

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0) 1947

21-17887

filed the case appeal statement, or otherwise responded to this court's notices. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nadia Krall, District Judge
Essential Legal Services, LLC
Marquis Aurbach Coffing
Eighth District Court Clerk

---

[1]In light of this order, respondents' motion to dismiss appeal is denied as moot.